UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
File No. 5:25-ct-3199

| ASHANTI MCLEAN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S SECOND MOTION FOR** |
| | ) | **ENLARGEMENT OF TIME TO FILE** |
| v. | ) | **ANSWER OR OTHERWISE RESPOND** |
| | ) | **TO COMPLAINT** |
| VALERIE LECHNER | ) | |
| | ) | **Fed. R. Civ. P. 6(b)** |
| Defendant. | ) | |
| | ) | |

NOW COMES Defendant, Valerie Lechner, (hereinafter "Moving Defendant"), by and through counsel, Special Deputy Attorney General, John Locke Milholland, IV, and hereby moves this Court for an enlargement of time to answer or otherwise respond to Plaintiff's Complaint (DE-1), up to and including November 24, 2025. In support of this Motion, Moving Defendant states as follows:

1. Plaintiff commenced this action by filing a Complaint on July 11, 2025, under 42 U.S.C. § 1983 under the case number 5:25-cv-409. DE-1.

2. Attorney, Elizabeth Simpson with Emancipate NC filed a Notice of Appearance on behalf of Plaintiff on July 17, 2025. DE-2.

3. On July 25, 2025, the Court issued a Summons for Defendant. DE-4.

4. On August 16, 2025, Plaintiff filed an Affidavit of Service for Summons that Defendant was served on August 12, 2025, causing Defendant's Answer or other responsive pleading to be due on or before September 3, 2025. DE-5.

1

5. Defendant, by and through undersigned counsel, appearing for the limited purpose of securing an extension of time, moved for a sixty-day (60) extension of time to answer, up to and including November 3, 2025. DE-6, 7.

6. On September 4, 2025, the court transferred this case to the Prisoner Civil Rights Division and assigned the case number 25-CT-3199. DE-8.

7. While Undersigned has diligently sought documents to investigate the allegations, a few remaining files need to be obtained before Undersigned is able to comply with the representation request under the Defense of State Employees Act ("DSEA"), specifically, the available video recording has taken longer than expected and longer than other documents take to get to Undersigned's office for review.

8. Therefore, additional time is needed to obtain representation request letters, evaluate service, the allegations, and request and obtain approval, or decline approval, to represent the Defendant.

9. At this time, undersigned counsel respectfully moves for a twenty-one-day (21) enlargement of the time on behalf of Moving Defendant to file an answer or otherwise respond to Plaintiff's Complaint, specifically, up to and including November 3, 2025.

10. Under the Defense of State Employees Act ("DSEA"), codified at N.C.G.S. § 143-300.3 et seq., the State of North Carolina may provide a defense to State employees if the employee requests a defense and if the acts complained of in the civil action are actions or omissions which occurred during the course and scope of employment. Pursuant to DSEA, before a defense can be provided by the State, the employee must request representation, and a determination must be made that grounds exist which allow a defense pursuant to

DSEA. Once Defendants have requested a defense to this action, approval of representation will be confirmed by the Criminal Division Chief.

11. The enlargement of time requested herein will afford undersigned counsel an adequate period of time to continue investigating the claims and factual allegations asserted in the Complaint and prepare a responsive pleading Defendant, should Undersigned go forward with representation.

12. Undersigned counsel believes that the enlargement requested herein is a reasonable and necessary timeframe in which to conduct this review and document collection, and that Moving Defendant will be prejudiced, through no fault of her own, should such an extension not be granted.

13. For the aforementioned reasons, Moving Defendant respectfully moves for an enlargement of the time to file an answer or otherwise respond to Plaintiff's complaint, up to and including November 24, 2025.

14. Undersigned counsel has contacted counsel for Plaintiff with regard to the requested extension; however, undersigned counsel has not received a response to that request. Accordingly, undersigned counsel is unable to advise the Court as to Plaintiff's position regarding this Motion or the relief sought therein; however, Undersigned does not believe Plaintiff will be prejudiced from the requested extension being granted.

WHEREFORE, for the reasons set forth above, for good cause, Moving Defendant respectfully requests that the Court grant an enlargement of time up to and including November 24, 2025, to file an Answer or otherwise respond to Plaintiff's Complaint.

This the 3rd day of November 2025.

                                                **Jeff Jackson**
                                                **ATTORNEY GENERAL**

/s/ J. Locke Milholland, IV
J. Locke Milholland, IV
Special Deputy Attorney General
N.C. State Bar No. 35449
N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6545
Fax: (919) 716-6761
E-mail: jmilholland@ncdoj.gov

# CERTIFICATE OF SERVICE

      I hereby certify that by this date I electronically filed the foregoing **Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint** with the Clerk of the Court utilizing the CM/ECF system, which will provide notification to Plaintiff's counsel of record (if obtained), and upon Plaintiff by USPS, first class mail, postage prepaid, addressed as follows:

    Elizabeth Simpson
    EMANCIPATE NC
    P.O. Box 309
    Durham, NC 27702

This the 3rd day of November 2025.

                                                    /s/ J. Locke Milholland, IV
                                                    J. Locke Milholland, IV
                                                    Special Deputy Attorney General